

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-19-00457-CR

## IN RE JACKIE RUSSELL KEETER

_____

## Original Proceeding

_____

## MEMORANDUM OPINION

_____

Relator Jackie Russell Keeter's petition for writ of mandamus is denied.[1]

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Petition denied
Opinion delivered and filed December 31, 2019
[OT06]

---

[1] The petition for writ of mandamus has several procedural deficiencies. For instance, it does not include the certification required by Rule of Appellate Procedure 52.3(j). *See* TEX. R. APP. P. 52.3(j). It also lacks a proper proof of service; a copy of all documents presented to the Court must be served *on all parties* to the proceeding and must contain proof of service. *Id.* R. 9.5. However, because of our disposition and to expedite it, we will implement Rule 2 and suspend these rules in this proceeding only. *Id.* R. 2.